IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:16cr332-MHT** |
| | ) | **(WO)** |
| **LAMBERT DERRAN SMOTHERS** | ) | |

### ORDER

Upon consideration of the defendant Lambert Derran Smothers's petition for early termination of supervised release (doc. no. 39), which the government does not oppose and the probation officer recommends be approved, and based on defendant Smothers's completion of over two years of his three-year term of supervised release, his compliance with the terms of supervised release, his ongoing employment, and his consistently negative drug-test results, it is ORDERED that:

(1) The petition is granted.

(2) Defendant Lambert Derran Smothers's term of supervised release is terminated effective immediately and he is discharged.

DONE, this the 3rd day of December, 2020.

　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**